UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LORI LEVEROCK,

    Plaintiff,                                  CASE NO. 8:11-CV-00068

v.

EDISON, PATRICK & ASSOCIATES, INC.
AND PATRICK NEALE,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

LORI LEVEROCK (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, EDISON, PATRICK & ASSOCIATES, INC. AND PATRICK NEALE (Defendant), in this case.

RESPECTFULLY SUBMITTED,

Dated: September 13, 2011                By: __/s/ Shireen Hormozdi_____
                                                          Shireen Hormozdi, Esq.
                                                          FBN: 882461
                                                          KROHN & MOSS, LTD.
                                                          10474 Santa Monica Blvd, Suite 401
                                                          Los Angeles, CA 90025
                                                          T: (323) 988-2400 ext. 230
                                                          F: (866) 802-0021
                                                          shormozdi@consumerlawcenter.com
                                                          *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Nathan Adkins, hereby certify that a copy of the foregoing **1) NOTICE OF VOLUNTARY DISMISSAL** was sent via FIRST CLASS MAIL to:

Edison, Patrick & Associates
4446-1A HENDRICKS AVENUE, SUITE 375
JACKSONVILLE FL 32207

Dated: September 13, 2011

*/s/ Nathan Adkins*
Nathan Adkins
Krohn & Moss, Ltd.
10474 Santa Monica Blvd. Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 861-1390
nadkins@consumerlawcenter.com